UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCARENO, | Case No. CV 12-6761 JVS(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID P. LONG, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: August 9, 2012

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE